# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00819-CV

**EFW Holdings, Inc., Appellant**

**v.**

**Patrick Shannon Beene, Adia Garcia, Theodore M. Garza, and Maria I. Garza, Appellees**

### FROM THE 453RD DISTRICT COURT OF HAYS COUNTY,
### NO. 22-3239, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

### MEMORANDUM OPINION

**PER CURIAM**

Rolling Hills Food & Beverage, Inc., who is not a party to this appeal but who is a defendant in the underlying suit, has notified this Court that it has filed for bankruptcy protection (United States Bankruptcy Court, N.D. Texas, Case No. 25-44129-11). *See* Tex. R. App. P. 8.1. Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may file a motion to reinstate the appeal if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a). It is the parties' responsibility to notify the Court as soon as possible if an event occurs that would allow reinstatement. *Id.* Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding may result in the dismissal of the case for want of prosecution. *See id.* R. 42.3(b).

Before Justices Triana, Kelly, and Theofanis

Bankruptcy

Filed: November 7, 2025